James E. MacDONALD, Sr.,
Plaintiff–Appellant,

and

Rose Marie MacDonald; Josephine E. Macdonald; James E. MacDonald, Jr., d/b/a Realty Associates, Plaintiffs,

v.

MEDIA GENERAL BROADCASTING, INCORPORATED; Amy Robach, Defendants–Appellees,

and

WCBD–TV Channel 2, Defendant.

No. 01–2355.

United States Court of Appeals, Fourth Circuit.

Submitted April 29, 2002.

Decided June 10, 2002.

James E. MacDonald, Sr., Appellant Pro Se. Carroll Allen Gibson, Jr., David Spence Cox, Buist, Moore, Smythe & McGee, Charleston, South Carolina, for Appellees.

Before WILKINS, NIEMEYER, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

James E. MacDonald appeals the district court's grant of summary judgment in his diversity action alleging defamation, invasion of privacy, and gross negligence. We have reviewed the record and the dis-

trict court's opinion and find no reversible error. Accordingly, we affirm the district court's grant of summary judgment in favor of the Appellees on the reasoning of the district court. *See MacDonald v. Media Gen. Broad., Inc.,* CA–99–2185–2–23 (D.S.C., filed Oct. 18, 2001; entered Oct. 19, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*